UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: MUNSON, KIMBERLY R | § Case No. 10-74899 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/01/2011 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 04/20/2011     By: /s/JOSEPH D. OLSEN
                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: MUNSON, KIMBERLY R | § Case No. 10-74899 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.11 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,000.11 |
| **Balance on hand:** | $ 5,000.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,000.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,250.01 | 0.00 | 1,250.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 47.42 | 0.00 | 47.42 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 650.00 | 0.00 | 650.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,947.43 |
| Remaining balance: | $ 3,052.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,052.68

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,052.68

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,384.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rock Valley Federal Credit Union | 2,276.29 | 0.00 | 297.16 |
| 2 | Chase Bank USA, N.A. | 3,520.34 | 0.00 | 459.55 |
| 3 | Mark Featherston | 5,066.12 | 0.00 | 661.34 |
| 4 | Chase Bank USA,N.A | 3,010.50 | 0.00 | 393.00 |
| 5 | Citicorp Trust Bank | 2,777.84 | 0.00 | 362.63 |
| 6 | Capital Recovery IV LLC | 629.75 | 0.00 | 82.21 |
| 7 | FIA Card Services, NA/Bank of America | 3,300.83 | 0.00 | 430.90 |
| 8 | GE Money Bank | 1,017.92 | 0.00 | 132.88 |
| 9 | GE Money Bank | 1,183.22 | 0.00 | 154.46 |
| 10 | GE Money Bank | 601.74 | 0.00 | 78.55 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 3,052.68 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |||||

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 10-74899-MB
Kimberly R Munson                                                    Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-3        User: vgossett          Page 1 of 2         Date Rcvd: May 03, 2011
                            Form ID: pdf006         Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2011.
```
db          +Kimberly R Munson,    7425 Colosseum Drive #15,    Rockford, IL 61107-5238
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1088
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
16215081    +American Security Insurance Company,    PO Box 50355,    Atlanta, GA 30302-0355
16215082    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16215083    +Barclays Bank Delaware,    PO Box 8833,    Wilmington, DE 19899-8833
16215084     CAC Financial Corporation,    2601 NW Expressway Suite 1000 E,    Oklahoma City, OK 73112-7236
16215086    +Chase - Cc,    PO Box 15298,    Wilmington, DE 19850-5298
16703936     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16810968    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16897943     Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
16215087    +Citifinancial Retail S,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
16215088    +Citifinancial Retail Services,    1111 Northpoint Drive,    Coppell, TX 75019-3831
16215089    +Client Services,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
16215090    +Dave Munson,    2823 Ashbrook Drive,    Rockford, IL 61109-1551
16215091    +David A Munson,    2823 Ashbrook,    Rockford, IL 61109-1551
16215092    +Encore Receivable Management,    PO Box 3330,    Olathe, KS 66063-3330
16215093     Eric Munson,    3004 Warwickshire Drive,    Machesney Park, IL 61115
16215098    +HSBC Menards,    PO Box 15521,    Wilmington, DE 19850-5521
16215097    +Hsbc Best Buy,    PO Box 5263,    Carol Stream, IL 60197-5263
16215099    +Hsbc/brgnr,    Po Box 15521,    Wilmington, DE 19850-5521
16215100    +Joseph B. Kosek,    405 W State St,    Rockford, IL 61101-1202
16215102    +KP Counseling, Inc.,    461 N Mulford,    Rockford, IL 61107-5190
16215103     Laura Wishard,    5031 Harvey Rd,    Rockford, IL 61114
16215104    +Leading Edge,    5440 N. Cumberland Ave. Suite 300,    Chicago, IL 60656-1486
16215105    +Mark Featherston,    7425 Colosseum Dr. #15,    Rockford, IL 61107-5238
16215106    +Mortgage Service Cente,    2001 Bishops Gate Blvd,    Mt Laurel, NJ 08054-4604
16215109    +Scott Boyd,    One Court Place Suite 302,    Rockford, IL 61101-1088
16215110    +Wells Fargo,    PO Box 660431,    Dallas, TX 75266-0431
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16215085    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05     Capital One, N.a.,
              PO Box 54529,   Oklahoma City, OK 73154-1529
17078317     E-mail/PDF: rmscedi@recoverycorp.com May 04 2011 00:42:48     Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17082755     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2011 00:41:05
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
17109903     E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:48     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16215094    +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:46     GEMB / Old Navy,   PO Box 103104,
              Roswell, GA 30076-9104
16215095    +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:47     Gemb/dicks Sporting,
              Po Box 981439,   El Paso, TX 79998-1439
16215096    +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 00:42:48     Gemb/walmart,   Po Box 981400,
              El Paso, TX 79998-1400
16215101    +E-mail/PDF: cr-bankruptcy@kohls.com May 04 2011 00:41:40     Kohls,   PO Box 3120,
              Milwaukee, WI 53201-3120
16215107    +E-mail/Text: mpapoccia@rvfcu.org May 03 2011 23:35:23     Rock Valley Federal Credit Union,
              1201 Clifford Ave,   Loves Park, IL 61111-7500
16215108    +E-mail/Text: lisa@RPECU.ORG May 03 2011 23:34:32     Rockford Postal Ecu,   5608 N 2nd St Ste 1,
              Loves Park, IL 61111-4683
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph D Olsen,   Yalden Olsen & Willette,    1318 E State Street,   Rockford, IL 61104-2228
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: vgossett           Page 2 of 2            Date Rcvd: May 03, 2011
                              Form ID: pdf006          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011**          **Signature:**    *Joseph Speetjens*