IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: KIMBERLY MUNSON ) | Chapter 7 Case No. 10-74899 |
| ) | |
| Debtors. ) | JUDGE MANUEL BARBOSA |

## NOTICE OF FILING

Please take notice that on the 18th day of May, 2011, Joseph B. Kosek, by his attorney, David H. Carter caused to be filed with the Clerk of the United States Bankruptcy Court, his Objection to Trustee's Proposed Distribution and Final Report, a copy of which is attached hereto and served upon you.

Dated: May 18, 2011

David H. Carter, Attorney for Movant

## PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS ) | |
| ) SS | |
| COUNTY OF WINNEBAGO ) | |

The undersigned being first duly sworn on oath deposes and says that he served the within upon:

Attached service list

by placing a true and correct copy of said in an envelope, each addressed as is shown above. That he sealed said envelopes and placed sufficient U. S. postage on each; that he deposited said envelope so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on May 18, 2011.

David H. Carter
Attorney for Movant
One Court Place, Suite 401
Rockford, IL 61101
(815) 968-8900

American Security Insurance Company
PO Box 50355
Atlanta, GA 30302-0355

Bank Of America
Po Box 17054
Wilmington, DE 19850-7054

Barclays Bank Delaware
PO Box 8833
Wilmington, DE 19899-8833

CAC FINANCIAL CORPORATION
2601 NW EXPRESSWAY STE 1000E
OKLAHOMA CITY, OK 73112-7236

Capital One, N.a.
PO Box 54529
Oklahoma City, OK 73154-1529

Chase - Cc
PO Box 15298
Wilmington, DE 19850-5298

Citifinancial Retail S
300 Saint Paul Pl
Baltimore, MD 21202-2120

Citifinancial Retail Services
1111 Northpoint Drive
Coppell, TX 75019-3831

Client Services
3451 Harry Truman Blvd.
Saint Charles, MO 63301-9816

Dave Munson
2823 Ashbrook Drive
Rockford, IL 61109-1551

Encore Receivable Management
PO Box 3330
Olathe, KS 66063-3330

Eric Munson
3004 Warwickshire Drive
Machesney Park, IL 61115

GEMB / Old Navy
PO Box 103104
Roswell, GA 30076-9104

Gemb/dicks Sporting
Po Box 981439
El Paso, TX 79998-1439

Gemb/walmart
Po Box 981400
El Paso, TX 79998-1400

HSBC Menards
PO Box 15521
Wilmington, DE 19850-5521

Hsbc Best Buy
PO Box 5263
Carol Stream, IL 60197-5263

Joseph B. Kosek
405 W State St
Rockford, IL 61101-1202

KP Counseling, Inc.
461 N Mulford
Rockford, IL 61107-5190

Kohls
PO Box 3120
Milwaukee, WI 53201-3120

Laura Wishard
5031 Harvey Rd
Rockford, IL 61114

Leading Edge
5440 N. Cumberland Ave. Suite 300
Chicago, IL 60656-1486

Mark Featherston
7425 Colosseum Dr. #15
Rockford, IL 61107-5238

Mortgage Service Cente
2001 Bishops Gate Blvd
Mt Laurel, NJ 08054-4604

Rock Valley Federal Credit Union
1201 Clifford Ave
Loves Park, IL 61111-7500

Rockford Postal Ecu
5608 N 2nd St Ste 1
Loves Park, IL 61111-4683

Scott Boyd
One Court Place Suite 302
Rockford, IL 61101-1088

Wells Fargo
PO Box 660431
Dallas, TX 75266-0431

Dennis L Leahy
One Court Place, Suite 203
Rockford, IL 61101-1088

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: KIMBERLY MUNSON, ) | |
| ) | CASE NO.: 10-74899 |
| ) | |
| ) | CHAPTER 7 |
| Debtor(s). ) | JUDGE BARBOSA |

## OBJECTING TO TRUSTEE'S PROPOSED DISTRIBUTION AND FINAL REPORT

NOW COMES, the Movant/Creditor, JOSEPH B. KOSEK, by his attorney, David H. Carter, and for his Objection to the Trustee's Proposed Distribution and Final Report, states as follows:

1. That the Debtor filed her Chapter 7 bankruptcy proceeding on or about September 30, 2010.

2. That the Movant, is an Attorney appointed by the Chancery Court of Winnebago County, Illinois to serve as a guardian ad litem, representing the interests of minor children of the Debtor in the Debtor's past dissolution of marriage proceedings.

3. That the Trustee has filed a report and proposed distribution of assets of the Estate that fails to pay the claim of the Movant.

4. That the Movant has a *priority claim* for fees previously awarded him by said court in the amount of $788.00. Exhibit A (Order approving GAL fee).

5. That Debtor's voluntary petition failed to identify the Movant's claim as priority and is scheduled only as a general unsecured claim.

6. That the Movant's claim should be paid as a priority to that of general unsecured creditors.

WHEREFORE, the Movant prays that the Trustee's Final Report and Proposed Distribution be denied and that the priority claim of the Movant be paid in full.

Respectfully submitted,

*David H. Carter*
DAVID H. CARTER
Attorney for Movant Joseph B. Kosek

1

DAVID H. CARTER
Attorney at Law
One Court Place, Suite 401
Rockford, IL 61101
8151966-6673

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

IRMO
DAVID MUNSON
    Plaintiff

Kimberly vs. R.
~~Terry~~ MUNSON
    Defendant

Case No. 2009 D 421

FILE STAMP

## ORDER

The Court hereby Finds & ORDERS:

1) The Petition for Interim Guardian ad Litem Fees is granted approving a balance due of $1576.00 as of August 23, 2010 after applying the parties' retainer payments

2) The GAL fees are to be divided equally between the parties and a judgment is entered in favor of attorney Joseph B. Kosek and against the Plaintiff in the amount of $788.00 and a judgment is entered in favor of attorney Joseph B. Kosek and against the Defendant Kimberly R. Munson in the amount of $788.00

3) This case is set for status on Defendant's counsel on October 14, 2010 at 1:30pm - GAL's presence is waived

Enter 9-9-10

Judge [signature]

CF 5.28.07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: KIMBERLY MUNSON, ) | CASE NO.: 10-74899 |
| ) | |
| ) | CHAPTER 7 |
| Debtor(s). ) | JUDGE BARBOSA |

## ORDER

THIS CAUSE, having come before the Court on the Motion of the Movant/Creditor, JOSEPH B. KOSEK, and the Court having been fully advised of the facts and the premises therein:

IT IS ORDERED:

1. That the motion is heard and granted and that the Movant, JOSEPH B. KOSEK'S debt for GAL fees be paid by the Trustee as a priority claim in the amount of $788.00.

2. That the Movant be grant such other and further relief the Court deems just and equitable.

ENTERED:

Date:_____                           _____
                                           JUDGE BARBOSA


DAVID H. CARTER
Attorney at Law
One Court Place, Suite 401
Rockford, IL 61101
8151966-6673

1