**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MUNSON, KIMBERLY R § Case No. 10-74899
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $35,095.10<br>*(without deducting any secured claims)* | Assets Exempt: $35,095.10 |
| Total Distribution to Claimants: $3,052.68 | Claims Discharged Without Payment: $20,331.87 |
| Total Expenses of Administration: $1,947.43 | |

3) Total gross receipts of $ 5,000.11 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $5,000.11 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,947.43 | 1,947.43 | 1,947.43 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 23,384.55 | 23,384.55 | 3,052.68 |
| **TOTAL DISBURSEMENTS** | $0.00 | $25,331.98 | $25,331.98 | $5,000.11 |

4) This case was originally filed under Chapter 7 on September 30, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/27/2011 By: /s/JOSEPH D. OLSEN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidable transfer | 1229-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | $5,000.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.01 | 1,250.01 | 1,250.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 47.42 | 47.42 | 47.42 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 650.00 | 650.00 | 650.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,947.43 | 1,947.43 | 1,947.43 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rock Valley Federal Credit Union | 7100-000 | N/A | 2,276.29 | 2,276.29 | 297.16 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,520.34 | 3,520.34 | 459.55 |
| 3 | Mark Featherston | 7100-000 | N/A | 5,066.12 | 5,066.12 | 661.34 |
| 4 | Chase Bank USA,N.A | 7100-000 | N/A | 3,010.50 | 3,010.50 | 393.00 |
| 5 | Citicorp Trust Bank | 7100-000 | N/A | 2,777.84 | 2,777.84 | 362.63 |
| 6 | Capital Recovery IV LLC | 7100-000 | N/A | 629.75 | 629.75 | 82.21 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 3,300.83 | 3,300.83 | 430.90 |
| 8 | GE Money Bank | 7100-000 | N/A | 1,017.92 | 1,017.92 | 132.88 |
| 9 | GE Money Bank | 7100-000 | N/A | 1,183.22 | 1,183.22 | 154.46 |
| 10 | GE Money Bank | 7100-000 | N/A | 601.74 | 601.74 | 78.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 23,384.55 | 23,384.55 | 3,052.68 |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74899
**Case Name:** MUNSON, KIMBERLY R
**Period Ending:** 07/27/11

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 09/30/10 (f)
**§341(a) Meeting Date:** 11/08/10
**Claims Bar Date:** 04/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 2 | Harris Bank checking | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Rockford Postal Employees Credit Union | 32.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Pension | 23,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Money held in escrow account from sale of proper | 7,993.10 | 0.00 | DA | 0.00 | FA |
| 9 | Potential claim against David Munson and Eric Mu | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Computer | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1985 jet ski | 700.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1986 jet ski | 700.00 | 0.00 | DA | 0.00 | FA |
| 13 | Avoidable transfer (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$35,095.10** | **$5,000.00** | | **$5,000.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2011 **Current Projected Date Of Final Report (TFR):** April 21, 2011 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 10-74899
**Case Name:** MUNSON, KIMBERLY R

**Taxpayer ID #:** **-***8468
**Period Ending:** 07/27/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/11 | {13} | Kimberly R. Munson | Avoidable Transfer | 1229-000 | 5,000.00 | | 5,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 5,000.02 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.05 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 5,000.09 |
| 04/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 5,000.11 |
| 04/18/11 | | To Account #9200******8366 | prep. of F. Rpt | 9999-000 | | 5,000.11 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **5,000.11** | **5,000.11** | **$0.00** |
| Less: Bank Transfers | 0.00 | 5,000.11 | |
| **Subtotal** | **5,000.11** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.11** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 10-74899
**Case Name:** MUNSON, KIMBERLY R

**Taxpayer ID #:** **-***8468
**Period Ending:** 07/27/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/11 | | From Account #9200******8365 | prep. of F. Rpt | 9999-000 | 5,000.11 | | 5,000.11 |
| 06/03/11 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $650.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 650.00 | 4,350.11 |
| 06/03/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.01, Trustee Compensation; Reference: | 2100-000 | | 1,250.01 | 3,100.10 |
| 06/03/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $47.42, Trustee Expenses; Reference: | 2200-000 | | 47.42 | 3,052.68 |
| 06/03/11 | 104 | Rock Valley Federal Credit Union | Dividend paid 13.05% on $2,276.29; Claim# 1; Filed: $2,276.29; Reference: | 7100-000 | | 297.16 | 2,755.52 |
| 06/03/11 | 105 | Chase Bank USA, N.A. | Dividend paid 13.05% on $3,520.34; Claim# 2; Filed: $3,520.34; Reference: | 7100-000 | | 459.55 | 2,295.97 |
| 06/03/11 | 106 | Mark Featherston | Dividend paid 13.05% on $5,066.12; Claim# 3; Filed: $5,066.12; Reference: | 7100-000 | | 661.34 | 1,634.63 |
| 06/03/11 | 107 | Chase Bank USA,N.A | Dividend paid 13.05% on $3,010.50; Claim# 4; Filed: $3,010.50; Reference: | 7100-000 | | 393.00 | 1,241.63 |
| 06/03/11 | 108 | Citicorp Trust Bank | Dividend paid 13.05% on $2,777.84; Claim# 5; Filed: $2,777.84; Reference: | 7100-000 | | 362.63 | 879.00 |
| 06/03/11 | 109 | Capital Recovery IV LLC | Dividend paid 13.05% on $629.75; Claim# 6; Filed: $629.75; Reference: | 7100-000 | | 82.21 | 796.79 |
| 06/03/11 | 110 | FIA Card Services, NA/Bank of America | Dividend paid 13.05% on $3,300.83; Claim# 7; Filed: $3,300.83; Reference: | 7100-000 | | 430.90 | 365.89 |
| 06/03/11 | 111 | GE Money Bank | Combined Check for Claims#8,9,10 | | | 365.89 | 0.00 |
| | | | Dividend paid 13.05% on $1,017.92; Claim# 8; Filed: $1,017.92 — 132.88 | 7100-000 | | | 0.00 |
| | | | Dividend paid 13.05% on $1,183.22; Claim# 9; Filed: $1,183.22 — 154.46 | 7100-000 | | | 0.00 |
| | | | Dividend paid 13.05% on $601.74; Claim# 10; Filed: $601.74 — 78.55 | 7100-000 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **5,000.11** | **5,000.11** | **$0.00** |
| Less: Bank Transfers | 5,000.11 | 0.00 | |
| **Subtotal** | **0.00** | **5,000.11** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,000.11** | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 10-74899
**Case Name:** MUNSON, KIMBERLY R

**Taxpayer ID #:** **-***8468
**Period Ending:** 07/27/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******83-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 5,000.11 |
| Net Estate : | $5,000.11 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******83-65 | 5,000.11 | 0.00 | 0.00 |
| Checking # 9200-******83-66 | 0.00 | 5,000.11 | 0.00 |
| | $5,000.11 | $5,000.11 | $0.00 |